IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**TAYLOR CAROLINE WINTERS**     **PLAINTIFF**

**VS.**     **CAUSE NO. 3:08-CV-10-P-A**

**DELTA GAMMA SORORITY,
ALPHA PSI CHAPTER and
YOKNAPATAWPHA ARTS COUNCIL, INC.**     **DEFENDANTS**

## PARTIAL FINAL JUDGMENT

Plaintiff, Taylor Caroline Winters, and defendant, Yoknapatawpha Arts Council, Inc. have moved the Court to dismiss [74] Yoknapatawpha Arts Council, Inc. from this cause with respect to the Complaint filed against it.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) The joint motion filed by the plaintiff and Yoknapatawpha Arts Council, Inc. to dismiss [74] is **GRANTED**; therefore,

(2) The plaintiff's claims against Yoknapatawpha Arts Council, Inc. are hereby dismissed from this cause, with prejudice, with respect to the Complaint filed by the plaintiff, with each party to bear its own costs; and

(3) This Judgment of Dismissal does not affect the plaintiff's claims against Alpha Psi Chapter of Delta Gamma Fraternity, the cross-claim filed by Alpha Psi Chapter of Delta Gamma Fraternity against Yoknapatawpha Arts, Inc., and the cross-claim filed by Yoknapatawpha Arts Council, Inc. against Alpha Psi Chapter of Delta Gamma Fraternity.

**SO ORDERED** this the 16th day of September, A.D., 2008.

                                            /s/ W. Allen Pepper, Jr.
                                            W. ALLEN PEPPER, JR.
                                            UNITED STATES DISTRICT JUDGE